IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON DOOLEY, #238368, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv224-WKW |
| | ) | (WO) |
| LEON FORNISS, WARDEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 2) that this case is due to be transferred to the Northern District of Alabama. The petitioner has not filed objections.

After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1.   The Recommendation (Doc. # 2) of the Magistrate Judge is ADOPTED;

2.   The case is TRANSFERRED, pursuant to 28 U.S.C. § 2241(d), to the United States District Court for the Northern District of Alabama. The Clerk of Court is DIRECTED to take all necessary steps to effectuate said transfer.

Done this 17th day of April, 2007.

/s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE